UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

    Afnan Mohammed Husain,

                                                 Chapter 13
                                                 Case No. 25-30895

    Debtor.

## ORDER REFERRING MATTER FOR MEDIATION

This case came before the court for hearing on Debtor's "Emergency Motion to Convert Chapter 7 to Chapter 11, Subchapter V" [Doc. 19] and "Emergency Motion to Enforce Automatic Stay, Compel Immediate Turnover, and Sanction for Willful Violation" [Doc. 20]. Bridgecrest Credit Company, LLC and the United States Trustee opposed these emergency motions. A "Motion to Compel Turnover of Property-Chapter 7" [Doc. 8] also is pending. These motions are scheduled for hearing on April 30 2025, and should be subject to mediation. Judge William J. Fisher has agreed to mediate all of these motions.

IT IS ORDERED:

1. **The parties identified above shall submit to mediation and shall appear and participate as ordered by the mediator prior to April 30, 2025**.

2. Judge William J. Fisher will serve as the mediator.

3. The Mediating Judge is being appointed because of a judicial position as, and to act in the specific capacity as, a United States Bankruptcy Judge. By serving as a mediating judge, the Mediating Judge performs judicial duties. See, e.g., 28 U.S.C. § 651; Fed. R. Civ. P. 16(a)(5), (c)(2)(I); Fed. R. Bankr. P. 7016; Local Rule 9019-2; Code of Conduct for United States Judges, Canon 3(A)(4)(d). As such, the Mediating Judge and all persons assisting the Mediating Judge will have full, unqualified judicial immunity, as well as all other privileges, immunities, and protections of a United States Bankruptcy Judge and judiciary employees, regarding any matters arising from or related to the Mediating Judge's role as mediating judge.

Dated: *April 11, 2025*

BY THE COURT:

*s/ Katherine A. Constantine*
Katherine A. Constantine
United States Bankruptcy Judge