**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Afnan Mohammed Husain

Case No: 25–30895 – KAC

Debtor(s)

Chapter 7 Case

**NOTICE OF RESCHEDULED EVIDENTIARY HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

U S Court Courtroom 8 West, 300 S 4th St, Minneapolis, MN 55415

on 4/30/25 at 02:00 PM

to consider and act upon the following:

*8* – Motion to Compel Bridgecrest Credit Company to Turnover of Property filed by Afnan Mohammed Husain. Hearing scheduled for 4/16/2025 at 09:30 AM. Location: Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine. (ARW)

*19* – Motion to Convert Case from Chapter 7 to Chapter 11 filed by Afnan Mohammed Husain, Verification by debtor. Hearing scheduled for 4/9/2025 at 09:00 AM. Location: Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine. (CNN)

*20* – Emergency Motion to Enforce Automatic Stay, Compel Immediate Turnover, and Sanction for Willful Violation filed by Afnan Mohammed Husain. Hearing scheduled for 4/9/2025 at 09:00 AM. Location: Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine. (KSI)

Dated: 4/15/25

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: LMO
Deputy Clerk

**mnbntchrgBK** 05/22/2013 – FM