**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Afnan Mohammed Husain

Case No: 25−30895 − KAC

Debtor(s)

Chapter 7 Case

**NOTICE OF RESCHEDULED EVIDENTIARY HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

U S Court Courtroom 8 West, 300 S 4th St, Minneapolis, MN 55415

on 4/30/25 at 02:00 PM

to consider and act upon the following:

*8 −* Motion to Compel Bridgecrest Credit Company to Turnover of Property filed by Afnan Mohammed Husain. Hearing scheduled for 4/16/2025 at 09:30 AM. Location: Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine. (ARW)

*19 −* Motion to Convert Case from Chapter 7 to Chapter 11 filed by Afnan Mohammed Husain, Verification by debtor. Hearing scheduled for 4/9/2025 at 09:00 AM. Location: Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine. (CNN)

*20 −* Emergency Motion to Enforce Automatic Stay, Compel Immediate Turnover, and Sanction for Willful Violation filed by Afnan Mohammed Husain. Hearing scheduled for 4/9/2025 at 09:00 AM. Location: Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine. (KSI)

Dated: 4/15/25

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: LMO
Deputy Clerk

**mnbntchrgBK** 05/22/2013 − FM

United States Bankruptcy Court
District of Minnesota

In re: Case No. 25-30895-KAC

Afnan Mohammed Husain  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3     User: admin     Page 1 of 2
Date Rcvd: Apr 15, 2025     Form ID: ntchrgBK     Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Bridgecrest Credit Company, LLC as Servicer and Ag, Wilford, Geske & Cook, P.A., 7616 Currell Blvd Ste 200, Woodbury, MN 55125-2296 |
| 63364824 | | CARVANA, LLC, 300 E SALADO PKWY, TEMPE, AZ 85281 |
| 63361156 | + | Carvana, LLC, 300 E. Rio Salado Pkwy, Tempe,AZ 85281-0800 |
| 63364828 | + | GARDENER INVESTMENTS, INC, 1905 STEVENS AVE, STE B, MPLS, MN 55403-3869 |
| 63364831 | + | MBJ DEVELOPMENT, 1905 STEVENS AVE, STE B, MPLS, MN 55403-3869 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: afnan.husain25@gmail.com | Apr 15 2025 21:53:00 | Afnan Mohammed Husain, PO Box 4272, Mankato, MN 56002-4272 |
| 63364823 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 15 2025 21:54:00 | BRIDGECREST CREDIT COMPANY,LLC, 7300 E HAMPTON AVE, STE 101, MESA, AZ 85209-3324 |
| 63361157 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 15 2025 21:54:00 | Bridgecrest Credit Company, LLC 7300 E Hampton Ave Ste 101, Mesa, AZ 85209-3324 |
| 63364827 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 15 2025 22:00:16 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 63364830 | + | Email/Text: LibertySOP@cscglobal.com | Apr 15 2025 21:54:00 | LIBERTY MUTUAL GROUP, INC, 175 BERKELEY STREET, BOSTON, MA 02116-3350 |
| 63364832 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 15 2025 21:54:00 | US BANCORP CENTER, 800 NICOLLET MALL, MPLS, MN 55402-2511 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0864-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 15, 2025 | Form ID: ntchrgBK | Total Noticed: 11

Date: Apr 17, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Michael S. Dietz | mdietztee@outlook.com  mn06@ecfcbis.com |
| Michael S. Dietz | on behalf of Trustee Michael S. Dietz mdietztee@outlook.com  mn06@ecfcbis.com |
| Orin J. Kipp | on behalf of Interested Party Bridgecrest Credit Company  LLC as Servicer and Agent for Carvana LLC okipp@wgcmn.com, dkbenson@wgcmn.com;jockwig@wgcmn.com;dmckinnon@wgcmn.com |
| Sarah J Wencil | on behalf of U.S. Trustee US Trustee Sarah.J.Wencil@usdoj.gov |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 5