# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Afnan Mohammed Husain<br><br><br><br>Debtors. | Case 25-30895<br>Chapter 7<br><br>Honorable Chief Judge<br>Katherine A. Constantine |

## RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

Bridgecrest Credit Company, LLC identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Parent corporation: None.

2. Publicly held corporation(s) that own 10% or more of the stock of Bridgecrest Credit Company, LLC:

    - Bridgecrest Acceptance Corporation
    - SilverRock Group, Inc.

**WILFORD, GESKE & COOK, P.A.**

Dated: April 18, 2025

By: s/ Orin J. Kipp
Orin J. Kipp, #0390438
7616 Currell Blvd., Suite 200
Woodbury, Minnesota 55125
(651) 209-3300
*Attorneys for Bridgecrest Credit Company, LLC*