# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br><br>AFNAN MOHAMMED HUSAIN | CASE NO: 25-30895<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br>ECF Docket Reference No. 42 |

On 5/14/2025, I did cause a copy of the following documents, described below,

Notice of Motion for Relief From Automatic Stay, Certificate of Service, Proposed Order ECF Docket Reference No. 42 Declaration, Exhibits 42

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/14/2025

/s/ Kenneth C. Edstrom
Kenneth C. Edstrom

Sapientia Law Group, PLLC
120 S 6th St Ste 100
Minneapolis, MN  55419
612 756 7100
kene@sapientialaw.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br><br>AFNAN MOHAMMED HUSAIN | CASE NO: 25-30895<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 42 |

On 5/14/2025, a copy of the following documents, described below,

Notice of Motion for Relief From Automatic Stay, Certificate of Service, Proposed Order ECF Docket Reference No. 42 Declaration, Exhibits 42

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/14/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kenneth C. Edstrom
Sapientia Law Group, PLLC
120 S 6th St Ste 100
Minneapolis, MN  55419

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                                                              EXCLUDE

  LABEL MATRIX FOR LOCAL NOTICING    BRIDGECREST CREDIT COMPANY   LLC AS                (U) GARDNER INVESTMENTS   INC
NCRS ADDRESS DOWNLOAD                SERVICER
CASE 25-30895                        WILFORD  GESKE  COOK  PA
DISTRICT OF MINNESOTA                7616 CURRELL BLVD STE 200
WED MAY 14 13-12-22 PST 2025         WOODBURY   MN 55125-2296


EXCLUDE

ST PAUL                              BRIDGECREST CREDIT COMPANY LLC             BRIDGECREST CREDIT COMPANY
200 WARREN E BURGER FEDERAL BUILDING 7300 E HAMPTON AVE                         LLC 7300 E HAMPTON AVE STE 101
AND US COURTHOUSE                    STE 101                                    MESA   AZ 85209-3324
316 N ROBERT ST                      MESA   AZ 85209-3324
ST PAUL  MN 55101-1495




CARVANA   LLC                        CREDIT ONE BANK                            CARVANA   LLC
300 E SALADO PKWY                    PO BOX 98873                               300 E RIO SALADO PKWY
TEMPE  AZ 85281                      LAS VEGAS   NV 89193-8873                  TEMPE AZ 85281-0800




GARDENER INVESTMENTS   INC           LIBERTY MUTUAL GROUP  INC                  MBJ DEVELOPMENT
1905 STEVENS AVE                     175 BERKELEY STREET                        1905 STEVENS AVE
STE B                                BOSTON   MA 02116-3350                     STE B
MPLS   MN 55403-3869                                                            MPLS   MN 55403-3869




                                                                                DEBTOR

US BANCORP CENTER                    US TRUSTEE                                 AFNAN MOHAMMED HUSAIN
800 NICOLLET MALL                    1015 US COURTHOUSE                         PO BOX 4272
MPLS   MN 55402-2511                 300 S 4TH ST                               MANKATO   MN 56002-4272
                                     MINNEAPOLIS   MN 55415-3070




MICHAEL S DIETZ
MICHAEL S DIETZ  ESQ  CH 7 TRUSTEE
1529 HWY 14 EAST
SUITE 200  241
ROCHESTER  MN 55904-5307
```