## AFFIDAVIT OF MAILING

I, Afnan Mohammed Husain, hereby declare and affirm under penalty of perjury under the laws of the United States, and in solemn affirmation before God, as follows:

1.  During the month of **December 2024**, I caused to be mailed, via **first-class U.S. Mail**, a copy of the **amended lease and lease assignment** to:

    a.  Gardner Investments, Inc.

    b.  1905 Stevens Ave Suite B, Minneapolis, MN 55403

2.  Said mailing was deposited in a United States Postal Service mailbox located in Mankato, Minnesota, with proper postage affixed.

3.  The document mailed was a complete and accurate copy of the lease assignment later filed with this Court as Exhibit A.

4.  Gardner Investments neither returned the document nor submitted any written objection to the assignment following receipt.

5.  To the best of my knowledge and belief, the mailing was successfully delivered and not returned as undeliverable.

**RECEIVED**

**MAY 2 1 2025**

TIME: 1:05

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

Executed this 21st day of May, 2025, in Minneapolis, Minnesota.

Signature: _____

Printed Name: Afnan Mohammed Husain