## AFFIDAVIT OF SERVICE VIA ECF

I, Afnan Mohammed Husain, declare under penalty of perjury under the laws of the United States as follows:

1. On May 21, 2025, I caused the Petition in Opposition to Motion for Relief from the Automatic Stay to be filed electronically with the Clerk of the United States Bankruptcy Court for the District of Minnesota using the Electronic Case Filing (ECF) system.

2. The ECF system automatically served notice of this filing on Kenneth C. Edstrom, attorney of record for Gardner Investments, Inc., via email at the address registered in the system (kene@sapientialaw.com).

3. This constitutes proper service under Local Rule 9006-1(a) and Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

Executed this 21st day of May, 2025, in Minneapolis, Minnesota.

Signature: _____

Printed Name: Afnan Mohammed Husain

**RECEIVED**

MAY 2 1 2025

TIME: 1:05

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA