UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Afnan Mohammed Husain

Bky No. 25-30895
Chapter 7

Debtor

ORDER

Gardner Investments, Inc.'s Motion for Relief from the Automatic Stay (the "Motion") came on for hearing before the undersigned on May 28, 2025. Appearances were as noted in the Court's minutes. Based on the arguments of the parties, all of the files, records, and proceedings herein, and the Court being fully advised in the premises,

IT IS ORDERED:

1. The Motion is granted in its entirety.

2. Gardner Investments, Inc. is hereby granted limited relief from the automatic stay to prosecute Hennepin County District Court (Housing Division) Court File No. 27-CV- HC-25-818, or such other and additional court filings necessary to attempt to recover possession of 1905 Stevens Avenue South, Apt. 203, Minneapolis Minnesota 55403 from the Debtor.

3. Notwithstanding Fed. R. Bankr. 4001(a)(4), this order is effective immediately.

Dated: May 28, 2025

s/ Katherine A. Constantine
Katherine A. Constantine
Chief United States Bankruptcy Judge