**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Afnan Mohammed Husain,

Debtor(s).

Case No: 25−30895−KAC

Chapter 7

**ORDER REGARDING CERTIFICATE OF FINANCIAL−MANAGEMENT COURSE COMPLETION**

Under Fed. R. Bankr. P. 4004(c)(1)(H), individual debtors in chapter 7, 11, and 13 cases must complete an approved financial−management course to receive a discharge. As of the date of this order, the debtor(s) has not filed the required Certificate of Financial−Management Course Completion.

**IT IS THEREFORE ORDERED:**

1. The debtor(s) must file a Certificate of Financial−Management Course Completion within 14 days of the date of this order.

2. Failure to timely file the Certificate of Financial−Management Course Completion will result in the case being closed without a discharge.

3. The clerk must provide notice of this order to the debtor(s), the attorney for the debtor(s), the trustee, and the United States Trustee.

Dated: 7/30/25

s/ Katherine A. Constantine
United States Bankruptcy Judge

**mnbofmc** 12/24

United States Bankruptcy Court

District of Minnesota

| | |
|---|---|
| In re: | Case No. 25-30895-KAC |
| Afnan Mohammed Husain | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 30, 2025 | Form ID: mnbofmc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: afnan.husain25@gmail.com | Jul 30 2025 21:40:00 | Afnan Mohammed Husain, PO Box 4272, Mankato, MN 56002-4272 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2025           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth C. Edstrom | on behalf of Creditor Gardner Investments Inc. kene@sapientialaw.com, kathyl@sapientialaw.com;alexb@sapientialaw.com;terrig@sapientialaw.com;karlj@sapientialaw.com |
| Michael S. Dietz | mdietztee@outlook.com mn06@ecfcbis.com |
| Michael S. Dietz | on behalf of Trustee Michael S. Dietz mdietztee@outlook.com mn06@ecfcbis.com |
| Orin J. Kipp | on behalf of Interested Party Bridgecrest Credit Company LLC as Servicer and Agent for Carvana LLC okipp@wgcmn.com, dkbenson@wgcmn.com;jockwig@wgcmn.com;dmckinnon@wgcmn.com |
| Sarah J Wencil | |

| District/off: 0864-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: mnbofmc | Total Noticed: 1 |

| | on behalf of U.S. Trustee US Trustee Sarah.J.Wencil@usdoj.gov |
|---|---|
| US Trustee | |
| | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 6